IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY T. ANGELO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 22-cv-01878 (RDM) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE BY THE UNITED STATES OF POTENTIAL PARTICIPATION**

The United States is considering whether to file a Statement of Interest in this action pursuant to 28 U.S.C. § 517. That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States."

As this Court is aware, Plaintiffs filed suit on June 30, 2022, and filed a motion for a preliminary injunction on July 11, 2022. ECF Nos. 1, 6. That motion seeks to enjoin Defendants from enforcing a District of Columbia law that prohibits the carrying of handguns on "public transportation vehicle[s], including the Metrorail transit system and its stations." *See* D.C. Code Ann. § 7-2509.07(a)(6). Plaintiffs' motion implicates important questions regarding the interpretation of the Second Amendment and significant equities of federal agencies. Accordingly, the United States is actively considering whether to file a Statement of Interest. The process for deciding whether to file a Statement of Interest involves coordination among multiple government agencies and the approval of the U.S. Department of Justice through the Principal Deputy Assistant Attorney General for the Civil Division. The United States expects to

complete its deliberations and, should it decide to participate, to submit a Statement of Interest no later than September 30, 2022.

The United States appreciates the Court's consideration of its potential interest in this matter.

Dated:  September 13, 2022				Respectfully submitted,


						BRIAN M. BOYNTON
						Principal Deputy Assistant Attorney General

						LESLEY R. FARBY
						Assistant Director, Federal Programs Branch

						MICHAEL DREZNER
						Trial Attorney
						United States Department of Justice
						Civil Division, Federal Programs Branch
						1100 L Street NW
						Washington, D.C. 20005
						Tel: (202) 514-4505
						Email: Michael.L.Drezner@usdoj.gov

						*Attorneys for the United States of America*