IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY T. ANGELO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants, | Case No. 1:22-cv-1878-RDM <br><br> Hon. Randolph D. Moss, <br> District Judge |

**MOTION OF THE STATES OF ILLINOIS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, AND WASHINGTON FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

The States of Illinois, California, Colorado, Connecticut, Delaware, Hawaii, Maryland, Massachusetts, Minnesota, New Jersey, New York, North Carolina, Oregon, Rhode Island, and Washington (collectively, "amici States") request leave to file a brief as *amici curiae* in support of the defendants' Opposition to Plaintiffs' Application for Preliminary Injunction and Motion for Summary Judgment (dkt. 18). Pursuant to Local Civil Rule 7(o)(1), amici States are not required to obtain the consent of the parties or leave of the Court to file an amicus brief. The filing of this brief is timely because it comes one week after defendants' opposition to plaintiffs' application for a preliminary injunction, which was filed on September 16, 2022.

WHEREFORE, the amici States respectfully request leave to file the attached brief as *amici curiae*.

Respectfully submitted,

September 23, 2022

KWAME RAOUL
Attorney General for the
State of Illinois

<u>/s/ Kathryn Hunt Muse</u>
KATHRYN HUNT MUSE
Deputy Chief
Public Interest Division

Office of the Attorney General for the State of Illinois
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000
kathryn.muse@ilag.gov
Illinois no. 6302614

On behalf of:

ROB BONTA
*Attorney General*
State of California

PHILIP J. WEISER
*Attorney General*
State of Colorado

WILLIAM TONG
*Attorney General*
State of Connecticut

KATHLEEN JENNINGS
*Attorney General*
State of Delaware

HOLLY T. SHIKADA
*Attorney General*
State of Hawaii

BRIAN E. FROSH
*Attorney General*
State of Maryland

MAURA HEALEY
*Attorney General*
Commonwealth of Massachusetts

KEITH ELLISON
*Attorney General*
State of Minnesota

MATTHEW J. PLATKIN
*Attorney General*
State of New Jersey

LETITIA JAMES
*Attorney General*
State of New York

JOSH STEIN
*Attorney General*
State of North Carolina

ELLEN F. ROSENBLUM
*Attorney General*
State of Oregon

| | |
|---|---|
| PETER F. NERONHA<br>*Attorney General*<br>State of Rhode Island | ROBERT W. FERGUSON<br>*Attorney General*<br>State of Washington |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY T. ANGELO, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>     Defendants, | Case No. 1:22-cv-1878-RDM<br><br>Hon. Randolph D. Moss,<br>District Judge |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF *AMICI CURIAE***

Upon consideration of the Motion of the States of Illinois, California, Colorado, Connecticut, Delaware, Hawaii, Maryland, Massachusetts, Minnesota, New Jersey, New York, North Carolina, Oregon, Rhode Island, and Washington for Leave to File Brief as Amici Curiae and of Local Civil Rule 7(o)(1), it is hereby ORDERED that the motion is granted, and the movants' brief as *amici curiae* shall be filed.

SO ORDERED.


Dated: _____, 2022

_____
Randolph D. Moss
District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, a true and accurate copy of the foregoing motion and proposed order was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

<u>/s/ Kathryn Hunt Muse</u>
KATHRYN HUNT MUSE