UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY T. ANGELO, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>*Defendants*. | Civil Action No. 1:22-cv-01878-RDM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance in this matter of Andrew J. Saindon on behalf of Defendants.

Date:  July 28, 2023

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  (202) 724-6643
Fax:  (202) 730-1440
Email:  andy.saindon@dc.gov

*Counsel for Defendants*